# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: CR 05 - 587 |
|---|---|
| Plaintiff(s) | |
| v. | **CR-05-587** |
| SEYMOUR M. LAZAR | **WARRANT FOR ARREST** ~~UNDER SEAL~~ |
| Defendant(s) | |

FILED CLERK, U.S. DISTRICT COURT FEB 13 2007 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest __SEYMOUR M. LAZAR__

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy;**
**Mail Fraud Involving Deprivation of Honest Services;**
**Money Laundering Conspiracy;**
**Concealment Money Laundering;**
**Obstruction of Justice;**
**Aiding and Abetting and Causing an Act to be Done;**
**Criminal Forfeiture**

in violation of Title **18:21:** United States Code,

Section(s) **371:1341 & 1346:1956(h):1956(a)(1)(B)(i):1503:2:982(a)(1) & 853:**

| Sherri R. Carter | June 16, 2005    LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | |
| SHEILA ENGLISH  /s/ English | BY: PATRICK J. WALSH |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

*ARRESTED WITHIN THE C/CA — RIVERSIDE*
*SELF SURRENDERED*
*BY: [signature]*
*ON: 6/23/05*
*SIGNED: [signature]*

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (03/04)                                                           PAGE 1 OF 2