Thomas H. Bienert, Jr. [State Bar No. 135311]
**BIENERT, MILLER, WEITZEL & KATZMAN, PLC**
115 Avenida Miramar
San Clemente, California 92672
Phone: (949) 369-3700
Fax: (949) 369-3701

Attorneys for Defendant
SEYMOUR LAZAR

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MILBERG WEISS BERSHAD & SCHULMAN LLP, DAVID J. BERSHAD, STEVEN G. SCHULMAN, SEYMOUR LAZAR, and PAUL SELZER,<br><br>Defendant. | CASE NO. CR 05-587(A)-JFW<br><br>Honorable John F. Walter<br><br>**ORDER** |

Upon review of the Motion, and all papers filed in support of said motion, and upon finding good cause to grant the relief requested,

IT IS ORDERED that:

1. Defendant's Motion is granted;

2. Defendant's probation is hereby terminated as of August 1, 2009, pursuant to 18 U.S.C. § 3564(c).

Date: July 16, 2009

*[signature: John F. Walter]*

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT

cc: USPO, BOP